UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL WU<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED<br><br>Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:17-cv-8008-JPO** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carl Wu gives notice that the parties have reached a settlement and that the above-captioned action is voluntarily dismissed, with prejudice.

Richard Liebowitz

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 1/6/2018

*Attorneys for Plaintiff Carl Wu*

SO ORDERED:

Hon. J. Paul Oetken